THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Sylvester
 Buckner, Appellant.
 
 
 

Appeal from Hampton County
 Clifton Newman, Circuit Court Judge

Unpublished Opinion No.  2008-UP-213
 Submitted April 1, 2008  Filed April 4,
 2008

APPEAL DISMISSED

 
 
 
 Chief Attorney, Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 of Columbia; and Solicitor I. McDuffie Stone, III, of Hampton, for Respondent.
 
 
 

PER CURIAM:  Sylvester Buckner appeals his
 conviction for assault and battery of a high and aggravated nature.  The trial
 judge sentenced him to six years
 imprisonment.  Buckner claims the trial court erred in failing to instruct
 the jury on the lesser-included charge of simple assault and battery.  Buckners counsel attached a petition to be relieved, stating he
 reviewed the record and concluded this appeal lacks merit.  Buckner did not
 file a pro se response brief.  After a thorough review of the record and
 counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967),
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss his
 appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
ANDERSON , SHORT and THOMAS concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.